

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00755-CV

**In the Estate of Aminta Perez-Muzza**

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2007PB7000089 L2
Honorable Jesus Garza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Veronica Peña recover her costs of this appeal from Appellant Rolando Peña.

SIGNED March 14, 2018.

_____
Irene Rios, Justice